IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HASSAN WALLER,

       Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1617

Opinion filed February 17, 2015.

Petition for Writ of Certiorari.

Hassan Waller, pro se, Petitioner.

Jennifer Parker, General Counsel, Barbara Debelius, Assistant General Counsel, Department of Corrections, Tallahassee, and Sarah J. Rumph, and Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.